# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

WENONA PUGH,                                )
                                            )
        **Plaintiff,**                   )
                                            )
   v.                                     )  **Case No.: 5:15-cv-04695-JFL**
                                            )
**STELLAR RECOVERY, INC.,**                 )
                                            )
        **Defendant.**                   )
                                            )

## STIPULATION TO DISMISS

TO THE CLERK:

     Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/Richard J. Perr*                               */s/ Craig Thor Kimmel*
Richard J. Perr, Esq.                         Craig Thor Kimmel, Esq.
Fineman Krekstein & Harris, P.C.            Kimmel & Silverman, P.C.
Ten Penn Center                            30 East Butler Pike
1801 Market Street, Suite 1100              Ambler, PA 19002
Phone: 215-893-9300                      Phone: 215-540-8888
Fax: 215-893-8719                         Fax: 877-788-2864
Email: rperr@finemanlawfirm.com         Email: teamkimmel@creditlaw.com
Attorney for the Defendant                  Attorney for Plaintiff

Date: April 26, 2016                         Date: April 26, 2016

BY THE COURT:

JOSEPH F. LEESON, JR.,

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 26th day of April, 2016:

Richard J. Perr, Esq.
Fineman Krekstein & Harris, P.C.
Ten Penn Center
1801 Market Street, Suite 1100
Phone: 215-893-9300
Fax: 215-893-8719
Email: rperr@finemanlawfirm.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff